IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 JUN -5 PM 1:01

| | | |
|---|---|---|
| ABSOLUTE SOFTWARE, INC. AND ABSOLUTE SOFTWARE CORPORATION, | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CAUSE NO. A-09-CA-142-LY |
| WORLD COMPUTER SECURITY CORPORATION AND FRONT DOOR SOFTWARE CORPORATION, | § § § § | |
| DEFENDANTS. | § § | |

## ORDER

Before the Court is the above-entitled and numbered cause. On June 4, 2009, the Court conducted a conference in this cause at which all parties were represented by counsel. As discussed at the conference, **IT IS ORDERED** that the parties confer and agree upon a scheduling order to include the following:

- a date by which the parties shall complete the limited discovery necessary for Plaintiffs to respond to Defendants' pending motion to dismiss for lack of jurisdiction or alternatively to transfer venue;

- a date by which Plaintiffs shall respond to Defendants' pending motion to dismiss;

- a date for disclosure of claims and infringement contentions;

- a date for disclosure of invalidity contentions;

- a date by which the parties shall identify claims terms to be construed;

- a date for preliminary claims construction;

- a date by which the parties shall file a joint claims-construction statement;

- a date for the close of claims-construction discovery;

- a date by which the parties shall file their opening claims-construction briefs;

- a date by which the parties shall filed their responsive claims-construction briefs;

- a date by which the parties shall file their reply claims-construction briefs; and

- a blank for the Court to select a date and time for the claims-construction hearing.

**IT IS FURTHER ORDERED** that the parties shall file such proposed joint scheduling order **on or before June 29, 2009.**

SIGNED this ____ day of June, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2