FILED
2009 JUL 20 PM 3:09
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ABSOLUTE SOFTWARE, INC. AND
ABSOLUTE SOFTWARE CORPORATION

Plaintiffs,

v.

WORLD COMPUTER SECURITY
CORPORATION AND FRONT DOOR
SOFTWARE CORPORATION

Defendants.

Cause No. 1:09-cv-00142-LY

JURY TRIAL DEMANDED

## ▬▬▬▬▬ JOINT SCHEDULING ORDER

Pursuant to the Court's Order of June 5, 2009, the parties jointly submit this Proposed Joint Scheduling Order.

| | | |
|---|---|---|
| 1. | Date by which the parties shall complete the limited discovery necessary for Plaintiffs to respond to Defendants' pending motion to dismiss for lack of jurisdiction or alternatively to transfer venue | August 7, 2009 |
| 2. | Date by which Plaintiff shall respond to Defendants' pending motion to dismiss for lack of jurisdiction or alternatively to transfer venue | August 21, 2009 |
| 3. | Date for disclosure of claims and infringement contentions | November 18, 2009 |
| 4. | Rule 26 Disclosures | November 25, 2009 |
| 5. | Date for disclosure of invalidity contentions | December 16, 2009 |
| 6. | Date by which the parties shall identify claims terms to be construed | December 23, 2009 |
| 7. | Date for preliminary claims construction | January 12, 2009 |
| 8. | Date by which the parties shall file a joint claims-construction statement | February 11, 2009 |

| 9. | Date for the close of claims-construction discovery | March 15, 2010 |
|---|---|---|
| 10. | Date by which the parties shall file their opening claims-construction briefs | March 29, 2010 |
| 11. | Date by which the parties shall file their responsive claims-construction briefs | April 26, 2010 |
| 12. | Date by which the parties shall file their reply claims-construction briefs | May 12, 2010 |
| 13. | Claims-construction hearing | June 28, 2010 at 9:00am |

**IT IS SO ORDERED**.

SIGNED this ___ day of July, 2009

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT

Presented by:

By: /s/Marc A. Fenster
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
Attorney-In-Charge for Plaintiffs
Absolute Software, Inc. and
Absolute Software Corporation

John Cave (Texas Bar No. 00783812)
E-mail: jcave@gunn-lee.com
GUNN, LEE & CAVE, P.C.
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
Attorney for Plaintiffs
Absolute Software, Inc. and
Absolute Software Corporation

*BY PERMISSION*
By:   /s/Steven A. Haber
Steven A. Haber
E-mail: sah@obermayer.com
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1617 John F. Kennedy Boulevard, 19th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-3253
Facsimile: (215) 665-3165
Attorneys for Defendants
World Computer Security Corporation and Front Door Software Corporation

David K. Anderson (Texas Bar No. 01174100)
E-mail: david@andersonlaw.com
ANDERSON & CUNNINGHAM, P.C.
1001 Fannin, Suite 270
Houston, TX 77002-6799
Telephone: (713) 655-8400
Facsimile: 713/650-8745
Attorneys for Defendants
World Computer Security Corporation and Front Door Software Corporation

# CERTIFICATE OF SERVICE

I, Marc A. Fenster, hereby certify that on June 30, 2009, I electronically filed [PROPOSED] JOINT SCHEDULING ORDER with the Clerk of the Court using the Court's CM/ECF system notifying all counsel of record pursuant to Local Rule CV-5(a)(1) as indicated below.

Dated: June 30, 2009                                    /s/ Marc A. Fenster
                                                        Marc A. Fenster

David K. Anderson, TX Bar # 01174100
david@andersonlaw.com
ANDERSON & CUNNINGHAM
1001 Fannin, Suite 270
Houston, TX 77002

Steven A. Haber
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1617 John F. Kennedy Boulevard, 19th Floor
Philadelphia, PA 19103

Attorneys for Defendants World Computer Security Corporation and Front Door Software Corporation