IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ABSOLUTE SOFTWARE, INC. AND ABSOLUTE SOFTWARE CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>WORLD COMPUTER SECURITY CORPORATION AND FRONT DOOR SOFTWARE CORPORATION<br><br>Defendants. | Civil Action No. 1:09-cv-00142-LY<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiffs Absolute Software Corporation and Absolute Software, Inc. and Defendants World Computer Security Corporation and Front Door Corporation have agreed to settle, adjust and compromise all claims and counterclaims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims and counterclaims made therein with prejudice.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

Dated: September 18, 2014                                   Respectfully submitted,

By: /s/ *Paul A. Kroeger*
Marc A. Fenster (CA Bar No. 181067)
E-mail: mfenster@raklaw.com
Irene Y. Lee (CA Bar No. 213625)
E-mail: ilee@raklaw.com
Paul A. Kroeger (CA Bar No. 229074)
E-mail: pkroeger@raklaw.com
Stanley H. Thompson, Jr. (CA Bar No. 198825)
E-mail: sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

John Cave (TX Bar No. 00783812)
E-mail: jcave@gunn-lee.com
GUNN, LEE & CAVE, P.C.
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 886-9500
Facsimile: (210) 886-9883

Attorney for Plaintiffs
**ABSOLUTE SOFTWARE, INC. and ABSOLUTE SOFTWARE CORPORATION**

PERKINS COIE LLP

*s/ Michael R. Henson*
L. Norton Cutler (*Admitted pro hac vice*)
Michael R. Henson (*Admitted pro hac vice*)
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email:  ncutler@perkinscoie.com
             mhenson@perkinscoie.com

Kelly D. Hine
Texas Bar No. 24002290
500 North Akard, Suite 3300
Dallas, TX  75201
Telephone:  (214) 965-7700
Facsimile: (214) 965-7799
Email:  khine@perkinscoie.com

ATTORNEYS FOR DEFENDANTS FRONTDOORSOFTWARE CORPORATION AND WORLD COMPUTER SECURITY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(a)(1) via Electronic Filing through the Court's CM/ECF on September 18, 2014.

/s/ *Paul A. Kroeger*
Paul A. Kroeger